No. 336. MERCER *v.* THERIOT. C. A. 5th Cir. Certiorari granted. *H. Alva Brumfield* for petitioner. *Stanley E. Loeb* for respondent.

No. 423. BRUNING *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted. *Ernest R. Mortenson* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *I. Henry Kutz* for the United States.

No. 419. HOWARD JOHNSON Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied. *John T. Noonan* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 422. ARONSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Burton Marks* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 428. CITIZENS UTILITIES Co. *v.* PROUTY ET AL. C. A. 2d Cir. Certiorari denied. *Jesse Climenko* and *Milton S. Gould* for petitioner. *Arthur L. Graves* and *Edwin W. Lawrence* for respondents.

No. 433. COCKFIELD *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied. *David H. Kubert* for petitioner. *Louis F. McCabe* and *Arlen Specter* for respondent.